**Order entered October 26, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00645-CV

### ALVESTER COLEMAN, Appellant

### V.

### PETRO-HUNT LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13807**

### ORDER

Appellant filed his brief on the merits on July 2, 2020, before the reporter's record was filed. The brief did not comply with the requirements of Texas Rule of Appellate Procedure 38.1, and on September 9, 2020, after the reporter's record was filed, we ordered appellant to file a brief in compliance with the rule within thirty days. To date, he has failed to do so. Accordingly, we **ORDER** the appeal submitted on appellant's July 2nd brief. We **DENY** as moot appellee's motion to dismiss the appeal based on appellant's failure to file a compliant brief.

As appellee has filed its brief, the appeal will be submitted in due course.

/s/    ERIN A. NOWELL
       JUSTICE